**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE AND JANE DOE,** *Plaintiffs*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3866** |
| | : | |
| **EASTERN ATLANTIC STATES COUNCIL OF CARPENTERS, *et al.*,** *Defendants*. | : | |

# ORDER

**AND NOW**, this 6th day of October 2026, upon consideration of the amended complaint filed by Plainitffs, (ECF 16), it is hereby **ORDERED** that the Defendants' *motion to dismiss Plaintiffs' complaint*, (ECF 15), is **DENIED** as moot.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*