# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE AND JANE DOE,**<br>*Plaintiffs*,<br><br>**v.**<br><br>**EASTERN ATLANTIC STATES COUNCIL OF CARPENTERS, *et al.*,**<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 26-3866** |

## ORDER

**AND NOW**, this 4th day of November 2026, upon consideration of the Defendants' *motion for leave to file correct document*, (ECF 21), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, the Clerk of Court is directed to separately docket the reply brief and accompanying exhibits attached to ECF 21 as "Exhibit A."

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*